IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § | NO. 3:12-CR-00246-K (01) |
| | § | |
| ANTONIO ROBINSON,<br>Defendant | § § § | |

# MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court referred the request for revocation of Defendant's Supervised Release to United States Magistrate Judge Rebecca Rutherford for consideration. The Court has received the Report and Recommendation of the United States Magistrate Judge pursuant to its order. The Defendant waived allocution before this Court, but reserved his right and objected to the Report and Recommendation as to the length of sentence to impose. The objection is **OVERRULED.**

It is, therefore, **ORDERED** that the Magistrate Judge's Report is **ADOPTED** as the opinion and findings of the Court. It is further **ORDERED** that the Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of eight (8) months. No term of Supervised Release to follow.

The Court recommends that Defendant be allowed to serve his sentence at FCI Fort Worth, Fort Worth, Texas.

SO ORDERED.

Signed July 9th, 2019.

                                            *Ed Kinkeade*
                                       ED KINKEADE
                                       UNITED STATES DISTRICT JUDGE